JRS:KRA
F. #2024R00650

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*    FEBRUARY 12, 2025    *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

SEAN SMITH,
RASHEED CHAPMAN ■

                ,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 25-CR-58
(T. 18, U.S.C., §§ 113(a)(3), 113(a)(4),
113(a)(6), 2 and 3551 et seq.)

Judge Carol Bagley Amon
Magistrate Judge Robert M. Levy

THE GRAND JURY CHARGES:

## COUNT ONE
(Assault with a Dangerous Weapon in a Federal Detention Facility)

       1.     On or about June 2, 2024, within the Eastern District of New York, and

within the special maritime and territorial jurisdiction of the United States, namely, the

Metropolitan Detention Center in Brooklyn, New York (the "MDC"), the defendant SEAN

SMITH did intentionally assault John Doe #1, an individual whose identity is known to the

Grand Jury, with a dangerous weapon, with intent to do bodily harm.

       (Title 18, United States Code, Sections 113(a)(3) and 3551 et seq.)

## COUNT TWO
(Assault Resulting in Serious Bodily Injury in a Federal Detention Facility)

       2.     On or about June 2, 2024, within the Eastern District of New York, and

within the special maritime and territorial jurisdiction of the United States, namely, the MDC,

the defendant SEAN SMITH did intentionally assault John Doe #1 resulting in serious bodily injury.

(Title 18, United States Code, Sections 113(a)(6) and 3551 et seq.)

COUNT THREE
(Assault by Striking, Beating, or Wounding in a Federal Detention Facility)

3.    On or about June 2, 2024, within the Eastern District of New York, and within the special maritime and territorial jurisdiction of the United States, namely, the MDC, the defendants SEAN SMITH, RASHEED CHAPMAN ███████████████, together with others, did intentionally assault John Doe #1 by striking, beating and wounding.

(Title 18, United States Code, Sections 113(a)(4), 2 and 3551 et seq.)

A TRUE BILL

███████████████████

FOREPERSON

*By Carolyn Pokorny, Assistant U.S. Attorney*
JOHN J. DURHAM
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

2